Laurence M. Rosen (State Bar No. 219683)
Phillip Kim
THE ROSEN LAW FIRM, P.A.
350 Fifth Avenue, Suite 5508
New York, New York 10118
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: lrosen@rosenlegal.com
Email: pkim@rosenlegal.com

Lead Counsel for Lead Plaintiff Movant Mitch Metzman

Lionel Z. Glancy (State Bar No. 134180)
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

Liaison Counsel for Lead Plaintiff Movant Mitch Metzman

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 12/20/06*

| | |
|---|---|
| DONALD RICHARDSON, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>TVIA, INC., ELI PORAT, DIANE BJORKSTROM, and BENJAMIN SILVA,<br><br>Defendants. | CIVIL ACTION NO.: C-06-06304-RMW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER: (1) SETTING THE SAME HEARING DATE FOR COMPETING MOTIONS TO CONSOLIDATE RELATED ACTIONS, APPOINT LEAD PLAINTIFF, AND APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL; AND (2) APPROVING BRIEFING SCHEDULE** |
| EDGAR DE SOLA, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>TVIA, INC., ELI PORAT, DIANE BJORKSTROM, and BENJAMIN SILVA,<br><br>Defendants. | CIVIL ACTION NO.: C-06-07307-VRW |

STIPULATION AND [~~PROPOSED~~] ORDER

1

1  TO:     The Hon. Ronald M. Whyte, United States District Judge

2

3  WHEREAS, on October 6, 2006, the first of two securities fraud class actions
4  were filed against TVIA, Inc. and certain of its present and former officers and directors,
5  entitled *Donald Richardson v. TVIA, Inc., et al.*, Case No. C-06-06304-RMW;

6  WHEREAS, a related securities fraud class action was filed on November 27,
7  2006, entitled *Edgar De Sola v. TVIA, Inc., et al.*, Case No. C-06-07307-VRW;

8  WHEREAS, on December 5, 2006, Movant Guy Patrick Pollard-Lowsley moved
9  this Court, noticing a hearing date of January 12, 2007 at 9:00 a.m., to consolidate the
10 aforementioned related actions, appoint lead plaintiff, and approve lead plaintiff's
11 selection of counsel; and

12 WHEREAS, on December 5, 2006, Movant Mitch Metzman moved this Court,
13 noticing a hearing date of January 19, 2007 at 9:00 a.m., to consolidate the
14 aforementioned related actions, appoint lead plaintiff, and approve lead plaintiff's
15 selection of counsel;

16

17 NOW, THEREFORE, it is hereby STIPULATED and AGREED that:

18 1.   The competing motions for consolidation, appointment of lead plaintiff,
19 and approval of lead plaintiff's selection of counsel should both be argued at a single
20 hearing, in order to avoid duplicative proceedings and for the sake of economy; and

21 2.   The competing motions should be subject to a uniform briefing schedule.

22

23 ACCORDINGLY, it is respectfully requested that:

24 1.   The hearing dates set forth in the Notices of Motion of Movants Guy
25 Patrick Pollard-Lowsley and Mitch Metzman be changed to February 9, 2007 at 9:00
                                                                    16     (rmw)
26 a.m.; and

27 2.   All opposition papers, if any, shall be filed on or before January 19, 2007,
28 and all reply papers, if any, shall be filed on or before January 26, 2007.

STIPULATION AND [PROPOSED] ORDER
2

Dated: December 18, 2006

Respectfully submitted,

THE ROSEN LAW FIRM, P.A.

/s/ Laurence M. Rosen
Laurence M. Rosen (State Bar No. 219683)
Phillip Kim
350 Fifth Avenue, Suite 5508
New York, New York 10118
Telephone: (212) 686-1060
Facsimile: (212) 202-3827

Lead Counsel for Lead Plaintiff Movant
Mitch Metzman

GLANCY BINKOW & GOLDBERG LLP
Lionel Z. Glancy (State Bar No. 134180)
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

Liaison Counsel for Lead Plaintiff Movant
Mitch Metzman

GOLD BENNETT CERA & SIDENER LLP

Solomon B. Cera (State Bar No. 99467)
595 Market Street, Suite 2300
San Francisco, California 94105-2835
Telephone: (415) 777-2230
Facsimile: (415) 777-5189

Liaison Counsel for Lead Plaintiff Movant
Guy Patrick Pollard-Lowsley

STIPULATION AND [PROPOSED] ORDER

3

|   |   |
|---|---|
| 1 | COHEN, MILSTEIN, HAUSFELD |
| 2 | & TOLL, P.L.L.C. |
|   | Steven J. Toll |
| 3 | Daniel S. Sommers |
|   | 1100 New York Avenue, N.W. |
| 4 | West Tower, Suite 500 |
|   | Washington, D.C. 20005 |
| 5 | Telephone: (202) 408-4600 |
| 6 | Facsimile: (202) 408-4699 |
| 7 | Counsel for Lead Plaintiff Movant |
|   | Guy Patrick Pollard-Lowsley |

### [PROPOSED] ORDER

Upon the Stipulation of the Parties, and for good cause appearing, IT IS SO ORDERED.

DATED: __12/20_____, 2006        /s/ Ronald M. Whyte
                                       _____
                                       HON. RONALD M. WHYTE
                                       U.S. DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER

4

## CERTIFICATE OF SERVICE

I, Laurence M. Rosen, hereby certify that on December 18, 2006, a true and correct copy following STIPULATION AND [PROPOSED] ORDER was served via CM/ECF which sent notification to such filing to counsel of record.

Notice was delivered by other means to the following:

John F. Pritchard, Esq.
Pillsbury Winthrop Shaw Pittman, LLP
1540 Broadway
New York, New York 10036-1500

Attorneys for TVIA, Inc.

Diane Bjorkstrom
Benjamin Silva
Eli Porat

THE ROSEN LAW FIRM, P.A.

/s/ Laurence Rosen, Esq.
Laurence Rosen, Esq. (SBN #219683)

STIPULATION AND [PROPOSED] ORDER

5