Laurence M. Rosen (State Bar No. 219683)
Phillip Kim
THE ROSEN LAW FIRM, P.A.
350 Fifth Avenue, Suite 5508
New York, New York 10118
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: lrosen@rosenlegal.com
Email: pkim@rosenlegal.com

Lionel Z. Glancy (State Bar No. 134180)
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

Counsel for Plaintiff Donald Richardson

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 1/9/07*

| | |
|---|---|
| DONALD RICHARDSON, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br> vs. <br><br> TVIA, INC., ELI PORAT, DIANE BJORKSTROM, and BENJAMIN SILVA, <br><br> Defendants. | CIVIL ACTION NO.: C-06-06304-RMW <br><br> **STIPULATION AND [] ORDER REGARDING THE CASE MANAGEMENT CONFERENCE SCHEDULED FOR JANUARY 12, 2007** |
| EDGAR DE SOLA, On Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br> vs. <br><br> TVIA, INC., ELI PORAT, DIANE BJORKSTROM, and BENJAMIN SILVA, <br><br> Defendants. | CIVIL ACTION NO.: C-06-07307-RMW |

STIPULATION AND [] ORDER

1

TO:   The Hon. Ronald M. Whyte, United States District Judge

WHEREAS, on October 6, 2006 the first of two securities fraud class actions was filed against TVIA, Inc. and certain of its present and former officers and directors, entitled *Donald Richardson v. TVIA, Inc., et al.*, Case No. C-06-06304-RMW ("Richardson Action") (Docket No. 1);

WHEREAS, on October 6, 2006 the Clerk of Court set the deadline for the Case Management Conference Statement for January 5, 2007, and scheduled the Case Management Conference for January 12, 2007 in the Richardson Action (Docket No. 3);

WHEREAS, a related securities fraud class action was filed on November 27, 2006, entitled *Edgar De Sola v. TVIA, Inc., et al.*, Case No. C-06-07307-VRW ("De Sola Action");

WHEREAS, on December 5, 2006 two competing motions to consolidate related actions, appoint lead plaintiff, and approve lead plaintiff's selection of counsel were filed and will be heard on February 16, 2007 (Docket Nos. 6, 10);

WHEREAS, on December 21, 2006 the Court entered an order relating the De Sola Action (Docket No. 21); and

WHEREAS, the related actions are governed by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3), and disposition of Defendants' anticipated motions to dismiss are warranted prior to the submission of a joint report and/or related status conference.

NOW, THEREFORE, it is hereby STIPULATED and AGREED, subject to Court approval, that:

1.   The deadlines established by the Clerk's October 6, 2006 Notice be vacated, and

2.   The Case Management Conference be adjourned until 30 days after the Court's ruling on all motions to dismiss or until any time thereafter which the Court may determine.

STIPULATION AND [] ORDER

Dated: January 5, 2007

                Respectfully submitted,

                THE ROSEN LAW FIRM, P.A.

                    /s/ Laurence M. Rosen
                Laurence M. Rosen (State Bar No. 219683)
                Phillip Kim
                350 Fifth Avenue, Suite 5508
                New York, New York 10118
                Telephone: (212) 686-1060
                Facsimile: (212) 202-3827

                GLANCY BINKOW & GOLDBERG LLP
                Lionel Z. Glancy (State Bar No. 134180)
                1801 Avenue of the Stars, Suite 311
                Los Angeles, California 90067
                Telephone: (310) 201-9150
                Facsimile: (310) 201-9160

                Counsel for Plaintiff Donald Richardson

                GOLD BENNETT CERA & SIDENER LLP

                    /s/ Gwendolyn R. Giblin
                Solomon B. Cera (State Bar No. 99467)
                Gwendolyn R. Giblin (State Bar No. 181973)
                595 Market Street, Suite 2300
                San Francisco, California 94105-2835
                Telephone: (415) 777-2230
                Facsimile: (415) 777-5189

                COHEN, MILSTEIN, HAUSFELD
                    & TOLL, P.L.L.C.
                Steven J. Toll
                Daniel S. Sommers
                1100 New York Avenue, N.W.
                West Tower, Suite 500
                Washington, D.C. 20005
                Telephone: (202) 408-4600
                Facsimile: (202) 408-4699

STIPULATION AND [] ORDER

Counsel for Plaintiff Edgar De Sola

PILLSBURY WINTHROP SHAW PITTMAN, LLP

    /s/ Bruce A. Ericson
Bruce A. Ericson (State Bar No. 76342)
50 Fremont Street
San Francisco, CA 94105-2228
Telephone: (415) 883-1560
Facsimile: (415) 983-1200

Counsel for Defendant TVIA, Inc.

I, Laurence M. Rosen, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER. In compliance with General Order 45, X.B., I hereby attest that counsel for defendant TVIA, Inc. Bruce Ericson and counsel for plaintiff Edgar De Sola Gwendolyn R. Giblin have concurred in this filing.

### [] ORDER

Upon the Stipulation of the Parties, and for good cause appearing, IT IS SO ORDERED. The Court hereby continues the Case Management Conference to 3/2/07 @ 10:30 a.m. (jg)

DATED: __1/9_____, 2007       /s/ Ronald M. Whyte
                                         HON. RONALD M. WHYTE
                                         U.S. DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, Laurence M. Rosen, hereby certify that on January 5, 2007, a true and correct copy following STIPULATION AND [PROPOSED] ORDER was served via CM/ECF which sent notification to such filing to counsel of record.

Notice was delivered by other means to the following:

Bruce A. Ericson, Esq.
Pillsbury Winthrop Shaw Pittman, LLP
50 Fremont Street
San Francisco, CA 94105-2228

Attorneys for TVIA, Inc.

Diane Bjorkstrom
Benjamin Silva
Eli Porat

THE ROSEN LAW FIRM, P.A.

 /s/ Laurence Rosen, Esq.
Laurence Rosen, Esq. (SBN #219683)