Solomon B. Cera (State Bar No. 99467)
Gwendolyn R. Giblin (State Bar No. 181973)
GOLD BENNETT CERA & SIDENER LLP
595 Market Street, Suite 2300
San Francisco, California 94105-2835
Telephone: (415) 777-2230
Facsimile: (415) 777-5189
E-mail: scera@gbcslaw.com

Liaison Counsel for Lead Plaintiff Movant
Guy Patrick Pollard-Lowsley

Steven J. Toll
Daniel S. Sommers
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
E-mail: stoll@cmht.com

Counsel for Lead Plaintiff Movant
Guy Patrick Pollard-Lowsley

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 2/14/07*

| | |
|---|---|
| DONALD RICHARDSON, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>TVIA, INC., ELI PORAT, DIANE BJORKSTROM, and BENJAMIN SILVA,<br><br>Defendants. | CIVIL ACTION NO.: C-06-06304-RMW<br><br>STIPULATION AND [PROPOSED] ORDER: (1) SETTING THE SAME HEARING DATE FOR COMPETING MOTIONS TO CONSOLIDATE RELATED ACTIONS, APPOINT LEAD PLAINTIFF, AND APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL; (2) APPROVING BRIEFING SCHEDULE; & (3) SETTING DATE FOR CASE MANAGEMENT CONFERENCE |

| | |
|---|---|
| EDGAR DE SOLA, On Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br>vs.<br><br>TVIA, INC., ELI PORAT, DIANE BJORKSTROM, and BENJAMIN SILVA,<br><br>Defendants. | CIVIL ACTION NO.: C-06-07307-RMW |

WHEREAS, on October 6, 2006, the first of two securities fraud class actions were filed against TVIA, Inc. and certain of its present and former officers and directors, entitled *Donald Richardson v. TVIA, Inc.*, et al., Case No. C-06-06304;

WHEREAS, a related securities fraud class action was filed on November 27, 2006, entitled *Edgar De Sola v. TVIA, Inc.*, et al., Case No. C-06-07307;

WHEREAS, on December 5, 2006, Movant Guy Patrick Pollard-Lowsley moved this Court, noticing a hearing date of January 12, 2007 at 9:00 a.m., to consolidate the aforementioned related actions, appoint lead plaintiff, and approve lead plaintiff's selection of counsel;

WHEREAS, on December 5, 2006, Movant Mitch Metzman moved this Court, noticing a hearing date of January 19, 2007 at 9:00 a.m., to consolidate the aforementioned related actions, appoint lead plaintiff, and approve lead plaintiff's selection of counsel;

WHEREAS, on December 18, 2006, the Parties stipulated to a hearing date of February 9, 2007 at 9:00 a.m.;

WHEREAS, on December 20, 2006, the Court set a hearing date of February 16, 2007 at 9:00 a.m. because it is unavailable on the date stipulated; and

WHEREAS a Case Management Conference has been set for March 2, 2007;

**NOW, THEREFORE, it is hereby STIPULATED and AGREED that:**

1.  The hearing dates set forth in the Notices of Motion of Movants Guy Patrick Pollard-Lowsley and Mitch Metzman be changed to March 16, 2007 at 9:00 a.m.;

1

STIPULATION AND [PROPOSED] ORDER – Case No. C-06-06304-RMW
#116180

1     2.    All opposition papers, if any, shall be filed on or before February 23, 2007, and all reply papers, if any, shall be filed on or before March 2, 2007; and

3     3.    The Case Management Conference shall be rescheduled for April 27, 2007.

Dated: January 19, 2007        GOLD BENNETT CERA & SIDENER LLP

          /s/ Gwendolyn R. Giblin
Solomon B. Cera (State Bar No. 99467)
Gwendolyn R. Giblin (State Bar No. 181973)
595 Market Street, Suite 2300
San Francisco, California 94105-2835
Telephone: (415) 777-2230
Facsimile: (415) 777-5189

Liaison Counsel for Lead Plaintiff Movant
Guy Patrick Pollard-Lowsley

COHEN, MILSTEIN, HAUSFELD
    & TOLL, P.L.L.C.
Steven J. Toll
Daniel S. Sommers
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

Counsel for Lead Plaintiff Movant
Guy Patrick Pollard-Lowsley

| | |
|---|---|
| 1 | |
| 2 | THE ROSEN LAW FIRM, P.A. |
|   | /s/ Laurence M. Rosen |
| 3 | Laurence M. Rosen (State Bar No. 219683) |
|   | Phillip Kim |
| 4 | 350 Fifth Avenue, Suite 5508 |
|   | New York, New York 10118 |
| 5 | Telephone: (212) 686-1060 |
|   | Facsimile: (212) 202-3827 |
| 6 | E-mail: lrosen@rosenlegal.com |
| 7 | E-mail: pkim@rosenlegal.com |

Lead Counsel for Lead Plaintiff Movant
Mitch Metzman

GLANCY BINKOW & GOLDBERG LLP
Lionel Z. Glancy (State Bar No. 134180)
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
E-mail: lglancy@glancylaw.com

Liaison Counsel for Lead Plaintiff Movant
Mitch Metzman

PILLSBURY WINTHROP SHAW PITTMAN LLP
       /s/ Andrew D. Lanphere
Andrew D. Lanphere
50 Fremont Street
San Francisco, California 94105
Telephone: (415) 983-1000
Facsimile: (415) 983-1200
E-mail: andrew.lanphere@pillsburylaw.com

Counsel for Defendant TVIA, Inc.

### [PROPOSED] ORDER

Upon the Stipulation of the Parties, and for good cause appearing, **IT IS SO ORDERED.**

Dated: __2/14__, 2007

*Ronald M. Whyte*
HON. RONALD M. WHYTE
U.S. DISTRICT JUDGE

I, Gwendolyn R. Giblin, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER. I hereby attest that I am informed that Andrew D. Lanphere, Counsel for Defendant TVIA, Inc., and Phillip Kim, Counsel for Lead Plaintiff Movant Mitch Metzman, have concurred in this filing.

Dated: January 19, 2007                              /s/ Gwendolyn R. Giblin

I, KimLane E. Gantan, hereby certify that on January 19, 2007, I electronically filed the following:

1.  **STIPULATION AND [PROPOSED] ORDER: (1) SETTING THE SAME HEARING DATE FOR COMPETING MOTIONS TO CONSOLIDATE RELATED ACTIONS, APPOINT LEAD PLAINTIFF, AND APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL; (2) APPROVING BRIEFING SCHEDULE; & (3) SETTING DATE FOR CASE MANAGEMENT CONFERENCE**

with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

_____
KimLane E. Gantan

#116182