Laurence M. Rosen (State Bar No. 219683)
Phillip Kim (*pro hac vice*)
THE ROSEN LAW FIRM, P.A.
350 Fifth Avenue, Suite 5508
New York, New York 10118
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: lrosen@rosenlegal.com
Email: pkim@rosenlegal.com

Lionel Z. Glancy (State Bar No. 134180)
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

Counsel for Movant Mitch Metzman

*E-FILED - 4/26/07*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD RICHARDSON, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br> vs. <br><br> TVIA, INC., ELI PORAT, DIANE BJORKSTROM, and BENJAMIN SILVA, <br><br> Defendants. | CIVIL ACTION NO.: C-06-06304-RMW <br><br> **STIPULATION AND [] ORDER REGARDING THE CASE MANAGEMENT CONFERENCE SCHEDULED FOR APRIL 27, 2007 AT 10:30 A.M.** |
| EDGAR DE SOLA, On Behalf of Himself and All Others Similarly Situated, <br><br> Plaintiff, <br> vs. <br><br> TVIA, INC., ELI PORAT, DIANE BJORKSTROM, and BENJAMIN SILVA, <br><br> Defendants. | CIVIL ACTION NO.: C-06-07307-RMW |

STIPULATION AND [] ORDER

1

TO:	The Hon. Ronald M. Whyte, United States District Judge

WHEREAS, on March 16, 2007 the Court heard oral argument on the two competing motions filed by movants Mitch Metzman and Guy Pollard-Lowsley to consolidate related actions, appoint lead plaintiff, and approve lead plaintiff's selection of counsel (Docket no. 44) (the "Competing Motions");

WHEREAS, the Court deemed the Competing Motions submitted and informed the parties that the Court would issue a final ruling;

WHEREAS, a case management conference is scheduled on April 27, 2007 at 10:30 a.m. (Docket no.27) ;

WHEREAS, this and the related action is governed by the Private Securities Litigation Reform Act of 1995 and thus, is subject to an automatic discovery stay during the pendency of any motion to dismiss; and

WHEREAS, defendants have indicated that they will file a motion to dismiss;

NOW, THEREFORE, it is hereby STIPULATED and AGREED, subject to Court approval, that:

1. The Case Management Conference scheduled for April 27, 2007 at 10:30 a.m. is stricken and shall be rescheduled after the disposition of all motions to dismiss; and

2. Within ten court days after the Court's entry of a final order adjudicating the Competing Motions, Lead Counsel and all defense counsel shall jointly submit a proposed briefing schedule to the Court.

Dated: April 13, 2007

STIPULATION AND [] ORDER

THE ROSEN LAW FIRM, P.A.

     /s/ Phillip Kim
Laurence M. Rosen (State Bar No. 219683)
Phillip Kim (*pro hac vice*)
350 Fifth Avenue, Suite 5508
New York, New York 10118
Telephone: (212) 686-1060
Facsimile: (212) 202-3827

GLANCY BINKOW & GOLDBERG LLP
Lionel Z. Glancy (State Bar No. 134180)
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

Counsel for Movant Mitch Metzman


COHEN, MILSTEIN, HAUSFELD
    & TOLL, P.L.L.C.

     /s/ Steven J. Toll
Steven J. Toll (*pro hac vice*)
Daniel S. Sommers
S. Douglas Bunch
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

GOLD BENNETT CERA & SIDENER LLP
Solomon B. Cera (State Bar No. 99467)
Gwendolyn R. Giblin (State Bar No. 181973)
595 Market Street, Suite 2300
San Francisco, California 94105-2835
Telephone: (415) 777-2230
Facsimile: (415) 777-5189

Counsel for Movant Guy Pollard-Lowsley

STIPULATION AND [] ORDER

3

PILLSBURY WINTHROP SHAW PITTMAN, LLP

_____/s/ Andrew D. Lanphere_____
Andrew D. Lanphere (State Bar No. 191459)
Bruce A. Ericson (State Bar No. 76342)
50 Fremont Street
San Francisco, CA 94105-2228
Telephone: (415) 883-1560
Facsimile: (415) 983-1200

Counsel for Defendant TVIA, Inc.

McDERMOTT WILL & EMERY

_____/s/ David T. Alexander_____
David T. Alexander (State Bar No. 49996)
3150 Porter Drive
Palo Alto, CA 94303-1212
Telephone: (650) 813-5000
Facsimile: (650) 813-5100

Counsel for Defendant Benjamin Silva

I, Phillip Kim, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45, X.B., I hereby attest that counsel for defendant TVIA, Inc. Andrew D. Lanphere, counsel for defendant Benjamin Silva David T. Alexander, and counsel for Movant Guy Pollard-Lowsley Steven J. Toll have concurred in this filing.

**[] ORDER**

Upon the Stipulation of the Parties, and for good cause appearing, IT IS SO ORDERED that the Case Management Conference is continued to 10/19/07 @ 10:30 am.

DATED: __4/26/07_____, 2007         *Ronald M. Whyte*
                                      HON. RONALD M. WHYTE
                                      U.S. DISTRICT JUDGE

STIPULATION AND [] ORDER

**CERTIFICATE OF SERVICE**

I, Phillip Kim, hereby certify that on April 13, 2007, a true and correct copy following STIPULATION AND [PROPOSED] ORDER was served via CM/ECF which sent notification to such filing to counsel of record.

Notice was delivered by alternative means to:

McDERMOTT WILL & EMERY
David T. Alexander (State Bar No. 49996)
3150 Porter Drive
Palo Alto, CA 94303-1212
Telephone: (650) 813-5000
Facsimile: (650) 813-5100

Counsel for Defendant Benjamin Silva

THE ROSEN LAW FIRM, P.A.

/s/ Phillip Kim
Phillip Kim

STIPULATION AND [ ORDER