1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Laurence M. Rosen (State Bar No. 219683)
Phillip Kim (*pro hac vice*)
THE ROSEN LAW FIRM, P.A.
350 Fifth Avenue, Suite 5508
New York, New York 10118
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: lrosen@rosenlegal.com
Email: pkim@rosenlegal.com

Lead Counsel for Lead Plaintiff and the Class

Lionel Z. Glancy (State Bar No. 134180)
GLANCY BINKOW & GOLDBERG LLP
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

Liaison Counsel for Lead Plaintiff and the Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 6/6/07*

| | |
|---|---|
| In re TVIA, Inc.<br>SECURITIES LITIGATION | No. C-06-06304 (RMW)<br><br>CLASS ACTION<br><br>**STIPULATION AND []**<br>**ORDER SETTING BRIEFING**<br>**SCHEDULE FOR MOTIONS TO**<br>**DISMISS AND CLASS CERTIFICATION** |

This Document Relates to: All Actions

WHEREAS, on April 16, 2007 the Court entered an order consolidating the related actions, appointing Mitch Metzman as lead plaintiff, and approving lead plaintiff's selection of the Rosen Law Firm, P.A. as lead counsel and the law firm of Glancy Binkow & Goldberg LLP as liaison counsel;

WHEREAS, a case management conference is scheduled for October 19, 2007 at 10:30 a.m. (Docket no.48);

WHEREAS, this consolidated action is governed by the Private Securities Litigation Reform Act of 1995 and is thus subject to a discovery stay during the pendency of any motion to dismiss;

WHEREAS, lead plaintiff has advised he intends to file a consolidated complaint and defendants have indicated that they may file a motion to dismiss;

WHEREAS the parties have discussed the most effective manner of proceeding with the litigation and the possibility of a mediation, and have scheduled such a mediation with a professional mediator to take place in July 2007;

WHEREAS the parties believe that deferring further proceedings in the litigation until the mediation has occurred will avoid unnecessary expenditures of time and effort by the Court and the parties;

NOW, THEREFORE, it is hereby STIPULATED and AGREED, subject to Court approval, that:

1. This Stipulation and [Proposed] Order shall not change the Court's April 16, 2007 Order, except as provided herein (Docket no. 47).

2. Lead Plaintiff shall file and serve the consolidated complaint no later than July 30, 2007.

3. Defendants shall respond to the consolidated complaint on or before October 5, 2007. If Defendants file any motions directed at the consolidated complaint, the opposition briefs shall be filed on or before November 23, 2007 and reply briefs shall be filed on or before December 21, 2007.

4. The Case Management Conference scheduled for October 19, 2007 at 10:30 a.m. shall be rescheduled, as appropriate, for at least 35 days after all motions to dismiss the consolidated complaint and any amended consolidated complaint have been decided.

5. The parties shall submit a Joint Case Management Statement and Proposed Order pursuant to the Court's local rules twenty-one (21)

STIPULATION AND [] ORDER

calendar days prior to the case management conference.  Any proposed discovery plan shall be consistent with this Stipulation and [Proposed] Order, unless otherwise agreed by the parties.

6.      If the motions to dismiss are not  granted and the subsequent Case Management Conference is held, the automatic discovery stay set forth in the PSLRA shall be lifted.

7.      Lead Counsel shall file a motion for class certification within 120 days after the case management conference.

Dated: May 9, 2007

THE ROSEN LAW FIRM, P.A.

_____/s/ Phillip Kim_____
Laurence M. Rosen (State Bar No. 219683)
Phillip Kim (*pro hac vice*)
350 Fifth Avenue, Suite 5508
New York, New York 10118
Telephone: (212) 686-1060
Facsimile: (212) 202-3827

Lead Counsel for Lead Plaintiff and the Class

GLANCY BINKOW & GOLDBERG LLP
Lionel Z. Glancy (State Bar No. 134180)
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

Liaison Counsel for Lead Plaintiff and the Class

STIPULATION AND [] ORDER

1

PILLSBURY WINTHROP SHAW
PITTMAN, LLP

2

_____/s/ Walter Robinson_____

3

Walter J. Robinson (State Bar No. 40632)
Andrew Lanphere (State Bar No. 191459)

4

Bruce A. Ericson (State Bar No. 76342)
50 Fremont Street

5

San Francisco, CA 94105-2228

6

Telephone: (415) 883-1560
Facsimile: (415) 983-1200

7

8

Counsel for Defendant TVIA, Inc.

9

10

McDERMOTT WILL & EMERY

11

_____/s/ David Alexander_____
David T. Alexander (State Bar No. 49996)

12

3150 Porter Drive
Palo Alto, CA 94303-1212

13

Telephone: (650) 813-5000
Facsimile: (650) 813-5100

14

15

Counsel for Defendant Benjamin Silva

16

17

ORRICK HERRINGTON & SUTCLIFFE LLP

18

_____/s/ Susan D. Resley_____

19

Susan D. Resley (State Bar No. 161808)

20

Teodora Manolova (State Bar No. 233333)
1040 Marsh Road

21

Menlo Park, CA 94025-1015
Telephone: (650) 614-7400

22

Facsimile: (650) 614-7401

23

Counsel for Defendant Diane Bjorkstrom

24

25

I, Phillip Kim, am the ECF user whose ID and password are being used to file this

26

STIPULATION AND [PROPOSED] ORDER.  In compliance with General Order 45,

27

X.B., I hereby attest that counsel for defendant TVIA, Inc. Walter J. Robinson, counsel

28

STIPULATION AND [] ORDER

4

1   for defendant Benjamin Silva David T. Alexander, and counsel for Diane Bjorkstrom

2   Susan D. Resley have concurred in this filing.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [] ORDER

**[] ORDER**

Upon the Stipulation of the Parties, and for good cause appearing, it is hereby Ordered that:

    1.          Lead Plaintiff shall file and serve the consolidated complaint no later than July 30, 2007;

    2.          Defendants shall respond to the consolidated complaint on or before October 5, 2007;

    3.          If Defendants file any motions directed at the consolidated complaint, the opposition briefs shall be filed on or before November 23, 2007 and reply briefs shall be filed on or before December 21, 2007;

    4.          The Case Management Conference scheduled for October 19, 2007 at 10:30 a.m. shall be rescheduled, as appropriate, for at least 35 days after all motions to dismiss the consolidated complaint and any amended consolidated complaint have been decided;

    5.          The parties shall submit a Joint Case Management Statement and Proposed Order pursuant to the Court's local rules twenty-one (21) calendar days prior to the case management conference.  Any proposed discovery plan shall be consistent with this Stipulation and [Proposed] Order, unless otherwise agreed by the parties;

    6.          If the motions to dismiss are not granted and the subsequent Case Management Conference is held, the automatic discovery stay set forth in the PSLRA shall be lifted; and

7.      Lead Counsel shall file a motion for class certification within 120 days after the case management conference.

IT IS SO ORDERED.

DATED: _____6/6_____, 2007

*Ronald M. Whyte*

HON. RONALD M. WHYTE
U.S. DISTRICT JUDGE

1

<u>CERTIFICATE OF SERVICE</u>

2

I, Phillip Kim, hereby certify that on May 9, 2007, a true and correct copy

3

following STIPULATION AND [PROPOSED] ORDER was served via CM/ECF which

4

sent notification to such filing to counsel of record.

5

Notice was delivered by alternative means to:

6

7

McDERMOTT WILL & EMERY
David T. Alexander

8

3150 Porter Drive
Palo Alto, CA 94303-1212

9

Telephone: (650) 813-5000
Facsimile: (650) 813-5100

10

Counsel for Defendant Benjamin Silva

11

12

ORRICK HERRINGTON & SUTCLIFFE LLP

13

Susan D. Resley (State Bar No. 161808)
Teodora Manolova (State Bar No. 233333)

14

1040 Marsh Road
Menlo Park, CA 94025-1015

15

Telephone: (650) 614-7400
Facsimile: (650) 614-7401

16

17

Counsel for Defendant Diane Bjorkstrom

18

Eli Porat

19

4001 Burton Drive
Santa Clara, CA 95054

20

21

22

23

THE ROSEN LAW FIRM, P.A.

24

_____/s/ Phillip Kim_____

25

Phillip Kim

26

27

28