**E-FILED on** __10/10/07__

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re TVIA INC. SECURITIES LITIGATION<br><br>This Documents Relates To:<br>All Actions | No. C-06-06304 RMW<br><br>ORDER RE: PRELIMINARY SETTLEMENT<br><br>**[Re Docket No. 52]** |

On October 4, 2007, the parties filed a Stipulation and Proposed Order Preliminarily Approving Settlement and Providing for Notice ("Stipulation"). The court has identified a few concerns with the documents submitted for its approval.

First, as regards the Stipulation and the Notice of Pendency and Proposed Settlement of Class Action ("Notice"), the court finds the procedures established by the parties for objecting to the settlement to be overly burdensome. Stipulation ¶ 17; Notice at 8. As currently set forth, any class member wishing to object to the terms of the settlement and appear at the settlement hearing must send the objection to seven different addresses: the court, two plaintiff firms, and four defense firms. However, a class member seeking to object should only be required to notify the court and one of each of plaintiff's and defendant's counsel. The plaintiff's counsel selected to receive objections shall notify the other plaintiff's counsel; the defendant's counsel selected, shall notify all other

1  defendants or defendant's counsel, as appropriate.  The Stipulation and the Notice should be revised
2  accordingly.
3        Second, the Summary Notice does not specify the amount of attorney's fees and award to
4  lead plaintiff to be sought.  The Summary Notice should be revised to reflect this information.
5  Further, the parties should note that although the court does not object to the Notice and Summary
6  Notice stating that plaintiff's counsel will be seeking fees and costs amounting to one third of the
7  settlement, they should be aware that the court will have to carefully review the justification for
8  attorney's fees.  Further, the court's policy is not to award a percentage of the gross settlement fund,
9  rather only a percentage of the net settlement.
10        Third, the parties should note that any settlement hearing will be held before this court in
11  2008, not 2007.  All documents should be revised accordingly.
12        The court will preliminarily approve the settlement provided that the above changes are
13  made to the Stipulation, Notice and Summary Notice.  If the parties would like to preserve the
14  January 18, 2008 date requested for the final settlement hearing, they should resubmit the amended
15  documents for the court's approval by Friday, October 12, 2007.

DATED:   10/10/07

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

**Notice of this document has been electronically sent to:**

**Counsel for Plaintiff:**

| | |
|---|---|
| Laurence M. Rosen | lrosen@rosenlegal.com |
| Lionel Z. Glancy | info@glancylaw.com |
| Phillip P Kim | pkim@rosenlegal.com |

**Counsel for Defendants:**

| | |
|---|---|
| Solomon B. Cera | scera@gbcslaw.com |
| Bruce A. Ericson | bruce.ericson@pillsburylaw.com |
| Gwendolyn R. Giblin | ggiblin@gbcslaw.com |
| Andrew Dale Lanphere | alanphere@pillsburywinthrop.com |
| Walter Jesse Robinson , III | wrobinson@pillsburylaw.com |

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 10/10/07         /s/ MAG
                            **Chambers of Judge Whyte**

ORDER RE: PRELIMINARY SETTLEMENT—No. C-06-06304 RMW
MAG                                                  3