1

2

3

4

5

6 *E-FILED - 10/12/07*

7

UNITED STATES DISTRICT COURT

8

NORTHERN DISTRICT OF CALIFORNIA

9

SAN JOSE DIVISION

10

11

| | |
|---|---|
| In re TVIA INC. SECURITIES LITIGATION | No. 06-CV-06304-RMW |
| | CLASS ACTION |
| This Document Relates To: | AMENDED STIPULATION AND [] ORDER PRELIMINARILY APPROVING SETTLEMENT AND PROVIDING FOR NOTICE |
| ALL ACTIONS. | |

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27                                                   1

28

1

2      WHEREAS, a consolidated class action is pending before this Court entitled *In re Tvia,*

3  *Inc. Securities Litigation*, No. C06-03604-RMW (the "Litigation");

4      WHEREAS, on October 3, 2007 the Settling Parties filed with the Court  a Stipulation

5  of Settlement (with exhibits) dated October 3, 2007 (the "Stipulation") that was entered into by

6  the Lead Plaintiff and Defendants, setting forth the terms of the settlement of the Litigation;

7      WHEREAS, on October 10, 2007, the Court issued an Order setting forth certain

8  concerns regarding selected exhibits attached to the to Stipulation;

9      WHEREAS, the Settling Parties have reviewed the Court's October 10, 2007 Order, and

10  submit this Amended Stipulation and [Proposed] Order Preliminarily Approving Settlement

11  and Providing for Notice ("Amended Stipulation") addressing the Court's concerns;

12      THEREFORE, the Settling Parties, by and through their counsel, hereby stipulate as

13  follows:

14      1.     This Amended Stipulation and the exhibits attached hereto are substantially in

15  the same form as contemplated by the Stipulation and the parties agree that no amendment of

16  the Stipulation is necessary.

17      2.     All capitalized terms contained herein shall have the same meanings as set forth

18  in the Stipulation.

19      3.     Pursuant to Rule 23(e) of the Federal Rules of the Civil Procedure, the Settling

20  Parties jointly request the Court to enter this order preliminarily approving the settlement of this

21  Litigation, in accordance with the Stipulation, which, together with the Exhibits annexed

22  thereto and the Supplemental Agreement, sets forth the terms and conditions for a proposed

23  settlement of the Litigation and for dismissal of the Litigation with prejudice upon the terms

24  and conditions set forth therein. (the "Settlement").

25

26

27                                              2

28

1     4.     For the purposes of the Settlement only, the Settling Parties jointly request that

2   the Court preliminarily certify this Litigation as a Class Action and preliminarily appoint Lead

3   Plaintiff Mitch Metzman as Class Representative.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

1    5.    The Settling Parties further jointly request that the Court find that the proposed

2  notice procedures and the schedule of events set forth herein meet the requirement of Federal

3  Rule of Civil Procedure 23 and due process.

4       IT IS SO STIPULATED.

5  DATED: 10/12 ,2007

6                                 THE ROSEN LAW FIRM, P.A.

7

8                                   Laurence M. Rosen (State Bar No. 219683)

9                                   Phillip Kim (*pro hac vice*)<br>350 Fifth Avenue, Suite 5508<br>New York, New York 10118

10                               Telephone: (212) 686-1060<br>Facsimile: (212) 202-3827

11

12                               Lead Counsel for Lead Plaintiff and the Class

13                               GLANCY BINKOW & GOLDBERG LLP<br>Lionel Z. Glancy (State Bar No. 134180)

14                               1801 Avenue of the Stars, Suite 311

15                               Los Angeles, California 90067<br>Telephone: (310) 201-9150

16                               Facsimile: (310) 201-9160

17                               Liaison Counsel for Lead Plaintiff and the Class

18

19                               PILLSBURY WINTHROP SHAW<br>PITTMAN, LLP

20

21                               Walter J. Robinson (State Bar No. 40632)

22                               Andrew Lanphere (State Bar No. 191459)<br>Bruce A. Ericson (State Bar No. 76342)

23                               50 Fremont Street<br>San Francisco, CA 94105-2228

24                               Telephone: (415) 883-1560<br>Facsimile: (415) 983-1200

25

26                               Counsel for Defendant TVIA, Inc.

27                        4        AMENDED STIPULATION AND [PROPOSED]<br>ORDER PRELIMINARILY<br>APPROVING SETTLEMENT<br>AND PROVIDING FOR NOTICE<br>Case No. C-06-06304-RMW

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

McDERMOTT WILL & EMERY

David T. Alexander (State Bar No. 49996)
3150 Porter Drive
Palo Alto, CA 94303-1212
Telephone: (650) 813-5000
Facsimile: (650) 813-5100

Counsel for Defendant Benjamin Silva


ORRICK HERRINGTON & SUTCLIFFE LLP

_____

Susan D. Resley (State Bar No. 161808)
Teodora Manolova (State Bar No. 233333)
1040 Marsh Road
Menlo Park, CA 94025-1015
Telephone: (650) 614-7400
Facsimile: (650) 614-7401

Counsel for Defendant Diane Bjorkstrom


_____

Eli Porat (*pro se*)
401 Burton Drive
Santa Clara, CA 95504

19    I, Phillip Kim, am the ECF user whose ID and password are being used to file this

20  STIPULATION   AND   [PROPOSED]   ORDER   PRELIMINARILY   APPROVING

21  SETTLEMENT AND PROVIDING FOR NOTICE.  In compliance with General Order 45,

22  X.B., I hereby attest that counsel for defendant TVIA, Inc. Walter J. Robinson, counsel for

23  defendant Benjamin Silva David T. Alexander, counsel for Diane Bjorkstrom Susan D. Resley,

24  and Eli Porat have concurred in this filing.

25

26

27

28

5

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McDERMOTT WILL & EMERY

_____

David T. Alexander (State Bar No. 49996)
3150 Porter Drive
Palo Alto, CA 94303-1212
Telephone: (650) 813-5000
Facsimile: (650) 813-5100

Counsel for Defendant Benjamin Silva

ORRICK HERRINGTON & SUTCLIFFE LLP

_____

Susan D. Resley (State Bar No. 161808)
Teodora Manolova (State Bar No. 233733)
1040 Marsh Road
Menlo Park, CA 94025-1015
Telephone: (650) 614-7400
Facsimile: (650) 614-7401

Counsel for Defendant Diane Bjorkstrom

_____

Eli Porat (*pro se*)
401 Burton Drive
Santa Clara, CA 95504

I, Phillip Kim, am the ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER PRELIMINARILY APPROVING SETTLEMENT AND PROVIDING FOR NOTICE. In compliance with General Order 45, X.B., I hereby attest that counsel for defendant TVIA, Inc. Walter J. Robinson, counsel for defendant Benjamin Silva David T. Alexander, counsel for Diane Bjorkstrom Susan D. Resley, and Eli Porat have concurred in this filing.

5

AMENDED STIPULATION AND [PROPOSED]
ORDER PRELIMINARILY
APPROVING SETTLEMENT
AND PROVIDING FOR NOTICE
Case No. C-06-06304-RMW

1          McDERMOTT WILL & EMERY

2

3          David T. Alexander (State Bar No. 49996)
            3150 Porter Drive

4          Palo Alto, CA 94303-1212
            Telephone: (650) 813-5000

5          Facsimile: (650) 813-5100

6          Counsel for Defendant Benjamin Silva

7

8          ORRICK HERRINGTON & SUTCLIFFE LLP

9

10         Susan D. Resley (State Bar No. 161808)
           Teodora Manolova (State Bar No. 233333)

11         1040 Marsh Road
           Menlo Park, CA 94025-1015

12         Telephone: (650) 614-7400
           Facsimile: (650) 614-7401

13

14         Counsel for Defendant Diane Bjorkstrom

15

16         Eli Porat (*pro se*)
           401 Burton Drive

17         Santa Clara, CA 95504

18

19    I, Phillip Kim, am the ECF user whose ID and password are being used to file this

20 STIPULATION AND [PROPOSED] ORDER PRELIMINARILY APPROVING

21 SETTLEMENT AND PROVIDING FOR NOTICE.  In compliance with General Order 45,

22 X.B., I hereby attest that counsel for defendant TVIA, Inc. Walter J. Robinson, counsel for

23 defendant Benjamin Silva David T. Alexander, counsel for Diane Bjorkstrom Susan D. Resley,

24 and Eli Porat have concurred in this filing.

25

26

27            5  AMENDED STIPULATION AND [PROPOSED]
                   ORDER PRELIMINARILY

28                  APPROVING SETTLEMENT
                 AND PROVIDING FOR NOTICE
                 Case No. C-06-06304-RMW

1                              *      *      *

2                                  **ORDER**

3        NOW, THEREFORE, IT IS HEREBY ORDERED:

4        1.       The terms defined in the Stipulation of Settlement dated October 3, 2007 (the

5   "Stipulation") are incorporated herein and the Court hereby accepts Amended Exhibits A-1, A-

6   2, and A-3 attached hereto insofar as these exhibits comply with the Court's October 10, 2007

7   Order and as set forth more fully below.

8        2.       The Court does hereby preliminarily approve the Stipulation and the Settlement

9   set forth therein, subject to further consideration at the Settlement Hearing described below.

10       3.       Pursuant to Rule 23 of the Federal Rules of Civil Procedure, the Court hereby

11  certifies, for purposes of effectuating this Settlement, a Class defined as all Persons  who

12  purchased or otherwise acquired, the common stock of Tvia, Inc. ("Tvia" or the "Company")

13  during the period February 2, 2005 through January 30, 2007, inclusive.  Excluded from the

14  Class are Defendants, members  of the immediate families of the individual Defendants, any

15  entity in which any Defendant has or had a controlling interest, present and former directors

16  and officers of Tvia, and the legal representatives, heirs, successors, or assigns of any such

17  Defendant.   Also excluded  are all persons who purchased Tvia securities in the private

18  placement on or about August 25, 2006, but only to the extent of all such securities purchased.

19       4.       In preliminarily certifying the Class, the Court finds, for the purposes of the

20  Settlement only, that the prerequisites for a class action under Rules 23(a) and (b)(3) of the

21  Federal Rules of Civil Procedure have been satisfied in that:  (a) the number of Class Members

22  is so numerous that joinder of all members thereof is impracticable; (b) there are questions of

23  law and fact common to the Class; (c) the claims of the named representative are typical of the

24  claims of the Class he seeks to represent; (d) the Lead Plaintiff has and will fairly and

25  adequately represent the interests of the Class; (e) Plaintiff's Counsel are qualified to represent

26  the Class; (f) the questions of law and fact common to the Members of the Class predominate

27

28

                                              6

1   over any questions affecting only individual Members of the Class; and (g) a class action is

2   superior to other available methods for the fair and efficient adjudication of the controversy.

3        5.       Pursuant to Rule 23 of the Federal Rules of Civil Procedure, and for the

4   purposes of the settlement only, Lead Plaintiff Mitch Metzman is preliminarily certified as the

5   class representative.

6        6.       A hearing (the "Settlement Hearing") shall be held before this Court on

7   **January 18**, 2008, at **9:00 a** .m., at the United States Courthouse, Northern District of California,

8   280 South 1st Street, San Jose, California, 95113 to determine: (i) whether the Class should be

9   certified pursuant to Rule 23 of the Federal Rules of Civil Procedure; (ii) whether the proposed

10  settlement of the Litigation on the terms and conditions provided for in the Stipulation is fair,

11  reasonable and adequate to the Class and should be approved by the Court; (iii) whether a

12  Judgment should be entered herein; (iv)  whether the proposed Plan of Allocation should be

13  approved; and (v) to determine the amount of fees and expenses that should be awarded to Lead

14  Plaintiff's Counsel and an award to Lead Plaintiff.  The Court may adjourn the Settlement

15  Hearing without further notice to Members of the Class.

16       7.       The Court approves, as to form and content, the Amended Notice of Pendency

17  and Proposed Settlement of Class Action (the "Notice"), the Proof of Claim and Release form

18  (the "Proof of Claim"), and Amended Summary Notice annexed as Exhibits A-1, A-2 and A-3

19  hereto, and finds that the mailing and distribution of the Notice and publishing of the Summary

20  Notice substantially in the manner and form set forth in this Order meet the requirements of

21  Rule 23 of the Federal Rules of Civil Procedure, Section 21(D)(a)(7) of the Securities

22  Exchange Act of 1934, 15 U.S.C. § 78u-4(1)(7) as amended by the Private Securities Litigation

23  Reform Act of 1995, and due process, and is the best notice practicable under the circumstances

24  and shall constitute due and sufficient notice to all persons entitled thereto.  Lead Plaintiff's

25  Counsel is authorized to issue such Notices and Proof of Claim, in substantially their present

26  form as Exhibits, to those members of Class that can be identified through reasonable effort.

27

28

AMENDED STIPULATION AND []
ORDER PRELIMINARILY
APPROVING SETTLEMENT
AND PROVIDING FOR NOTICE
Case No. C-06-06304-RMW

1        8.      Lead Plaintiff's Counsel are hereby authorized to retain the firm of Strategic

2   Claims Services  (the "Claims Administrator") to supervise and administer the notice procedure

3   as well as the processing of claims as more fully set forth below:

4        (a)      Not later than twenty (20) calendar days from entry of this Order, (the

5   "Notice Date"), the Claims Administrator shall cause a copy of the Notice and the Proof of

6   Claim, substantially in the form annexed as Exhibits A-1 and A-2 hereto, to be mailed by first

7   class mail to all Class Members reasonably identified by the transfer records of Tvia common

8   stock ("Tvia Stock") at the Class Members' addresses listed on such transfer records (obtained

9   in accordance with ¶ 8(d) below);

10       (b)      Not later than twenty (20) business days from entry of this Order, Lead

11   Plaintiff's Counsel shall cause the Summary Notice, substantially in the form annexed as

12   Exhibit A-3 hereto, to be published once in *Investor's Business Daily,* and shall cause a copy of

13   the Summary Notice to be published electronically on either PR Newswire or Business Wire;

14       (c)      Lead Plaintiff's Counsel should also cause copies of the Notice and

15   Proof of Claim to be mailed as soon a practicable to persons who indicate, in response to the

16   Summary Notice or otherwise, that they purchased or otherwise acquired Tvia Stock during the

17   Class Period;

18       (d)      At least seven (7) calendar days prior to the Settlement Hearing, Lead

19   Plaintiff's Counsel shall serve on Defendants' counsel and file with the Court proof, by

20   affidavit or declaration, of such mailing and publishing.

21        9.      Nominees who purchased, acquired or retained the common stock of Tvia during

22   the period February 2, 2005 through January 30, 2007 for the beneficial ownership of another

23   Person shall send the Notice and the Proof of Claim to such Beneficial owners of such Tvia's

24   common stock within ten (10) days after receipt thereof, or send a list of the names and

25   addresses of such beneficial owners to the Claims Administrator within ten (10) days of receipt

26

27                      8

28

1   thereof in which event the Claims Administrator shall promptly mail the Notice and Proof of

2   Claim to such beneficial owners.

3       10.     All reasonable costs incurred in identifying and notifying Members of the Class

4   as well as administering the Settlement, shall be paid from the Settlement Fund as set forth in

5   the Stipulation.  In the event the Settlement is not approved by the Court, or otherwise fails to

6   become effective, neither the Lead Plaintiff nor Plaintiff's Counsel shall have any obligation to

7   repay any amounts actually and properly disbursed from the Settlement Fund for these

8   purposes.

9       11.     All Members of the Class shall be bound by all determinations and judgments in

10  the Litigation concerning the Settlement, whether favorable or unfavorable to the Class.

11      12.     Class Members who wish to participate in the Net Settlement Fund shall

12  complete and submit Proof of Claim forms in accordance with the instructions contained

13  therein.  Unless the Court orders otherwise, all Proof of Claim forms must be submitted no later

14  than ninety (90) calendar days from the Notice Date.  Any Class Member who does not timely

15  submit a Proof of Claim within the time provided for, shall be barred from sharing in the

16  distribution of the proceeds of the Settlement Fund, unless otherwise ordered by the Court, but

17  shall nevertheless be bound by any Final Judgment entered by the Court.

18      13.     Pending final determination of whether the Settlement should be approved,

19  neither the Lead Plaintiff nor any Class Member, either directly, representatively, or in any

20  other capacity, shall commence or prosecute against any of the Released Parties, any action or

21  proceeding in any court or tribunal asserting any of the Released Claims.

22      14.     Pending final determination of whether the Settlement should be approved, all

23  discovery and all proceedings in this Litigation are stayed, except for the proceedings relating

24  to the Settlement.

25

26

27

28

9

AMENDED STIPULATION AND []
ORDER PRELIMINARILY
APPROVING SETTLEMENT
AND PROVIDING FOR NOTICE
Case No. C-06-06304-RMW

1    15.    Any Member of the Class may enter an appearance in the Litigation, at his, her

2  or its own expense, individually or through counsel of their own choice.  If they do not enter an

3  appearance, they will be represented by Lead Plaintiff's Counsel.

4    16.    Any Person falling within the definition of the Class may, upon request, be

5  excluded from the Class and thereby elect not to participate in the Net Settlement Fund.  Any

6  such Person must submit to the Claims Administrator a request for exclusion, pursuant to the

7  instructions in the Notice, postmarked no later than forty-five (45) calendar days following the

8  Notice Date, and mailed by first-class mail to the Claims Administrator. All Persons who

9  submit valid and timely requests for exclusion in the manner set forth in the Notice shall have

10 no rights with respect to the Settlement and have no interest in the Settlement or Net Settlement

11 Fund, shall not share in the distribution of the Settlement Fund, and shall not be bound by the

12 Stipulation or the Final Judgment.  Any member of the Class not submitting a valid and timely

13 request for exclusion as provided in the Notice shall remain a Member of the Class.

14   17.    Any Member of the Class who has not requested exclusion may appear, with or

15 without counsel, and show cause, if he, she or it has any reason why the proposed Settlement of

16 the Litigation should not be approved as fair, reasonable and adequate, or why a Judgment

17 should not be entered thereon, why the Plan of Allocation should not be approved, why

18 Attorneys' Fees and Expenses should not be awarded to counsel for the Lead Plaintiff or why

19 an Award to Lead Plaintiff should not be made; provided, however, that no Class Member or

20 any other Person shall be heard or entitled to contest the approval of the terms and conditions of

21 the proposed Settlement, or, if approved, the Judgment to be entered thereon approving the

22 same, or the order approving the Plan of Allocation, or the Attorneys' Fees and Expenses to be

23 awarded to counsel for the Lead Plaintiff, or the Award to Lead Plaintiff  unless: (i) that Person

24 has served on the following counsel (delivered by hand or sent by first class mail) written

25 objections and copies of any papers and briefs in support thereof no later than forty-five (45)

26 calendar days following the Notice Date:

27

28

10

1

Laurence Rosen, Esq.
Phillip Kim, Esq.
The Rosen Law Firm PA
350 Fifth Avenue
Suite 5508
New York, NY  10118

2

3

4

5

Walter J. Robinson, Esq.
Pillsbury Winthrop Shaw Pittman LLP
2475 Hanover Street
Palo Alto, California 94304

6

7

8   and (ii) filed said objections, papers and briefs with the Clerk of the United States District

9   Court for the Northern District of California, no later than forty-five (45) calendar days

10   following the Notice Date.   Any objection must contain a written notice of the grounds for

11   opposing the Settlement, Plan of Allocation, application for Attorneys' Fees and Expenses,

12   Award to Lead Plaintiff, and must demonstrate the objecting Person's membership in the Class

13   by including: (a) the objecting Person's name, address and telephone number; (b) proof of the

14   number of shares of Tvia common stock purchased or acquired and sold during the Class

15   Period by the objecting Person; and (c) a statement of the reasons for objection.  Any Member

16   of the Class who does not make his, her or its objection in the manner provided shall be deemed

17   to have waived such objection and shall forever be foreclosed from making any objection to the

18   fairness or adequacy of the proposed Settlement as incorporated in the Stipulation, to the Plan

19   of Allocation, and to the award of Attorneys' Fees and Expenses to Lead Plaintiff's Counsel

20   and an Award to Lead Plaintiff, unless otherwise ordered by the Court.

21        18.      All papers in support of the Settlement, the Plan of Allocation, and any

22   application by counsel for the Lead Plaintiff for Attorneys' Fees or Expenses  and an Award to

23   Lead Plaintiff shall be filed with the Court and served at least fourteen (14) calendar days prior

24   to the Settlement Hearing.

25

26

27

28

AMENDED STIPULATION AND []
ORDER PRELIMINARILY
APPROVING SETTLEMENT
AND PROVIDING FOR NOTICE
Case No. C-06-06304-RMW

1    19.    All funds held by the Escrow Agent shall be deemed and considered to be in

2  *custodia legis*, and shall remain subject to the jurisdiction of the Court, until such time as such

3  funds shall be distributed pursuant to the Stipulation and/or further order(s) of the Court.

4    20.    None of the Released Parties shall have any responsibility for the Plan of

5  Allocation or any application for reimbursement of Attorneys' Fees and Expenses or an Award

6  to Lead Plaintiff submitted by Lead Plaintiff's Counsel, and such matters will be considered

7  separately from the fairness, reasonableness and adequacy of the settlement.

8    21.    All reasonable expenses incurred in identifying and notifying Class Members as

9  well as administering the Settlement Fund, shall be paid as set forth in the Stipulation.  In the

10  event the Settlement is not approved by the Court, or otherwise fails to become effective,

11  neither the Lead Plaintiff nor any of his counsel shall have any obligation to repay any amounts

12  actually and properly disbursed from the Settlement Fund for such reasonable expenses.

13    22.    Neither the Stipulation, nor any of its terms or provisions, nor any of the

14  negotiations or proceedings connected with it, shall be construed as an admission or concession

15  by Defendants of the truth of any of the allegations in the Litigation, or of any liability, fault, or

16  wrongdoing of any kind.

17    23.    The Court reserves the right to adjourn the date of the Settlement Hearing

18  without further notice to the Members of the Class, and retains jurisdiction to consider all

19  further applications arising out of or connected with the proposed settlement.  The Court may

20  approve the settlement, with such modifications as may be agreed to by the Settling Parties, if

21  appropriate, without further notice to the Class.

22    IT IS SO ORDERED.

23  DATED: __10/12/07_____    *Ronald M. Whyte*_____

24                                                    THE HONORABLE RONALD M. WHYTE
                                                     UNITED STATES DISTRICT JUDGE

25

26

27                                12            AMENDED STIPULATION AND []
                                                 ORDER PRELIMINARILY
28                                               APPROVING SETTLEMENT
                                                 AND PROVIDING FOR NOTICE
                                                 Case No. C-06-06304-RMW